
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Elliot M. Hirsch,

    Plaintiff,

v.                                      Case Number: 1:21-cv-03846

Adina Miles and Yeshiva of Flatbush High School         Dated: July 11, 2021

    Defendants.

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff Pro Se, Elliot M. Hirsch, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants Adina Miles and Yeshiva of Flatbush High School without prejudice.

Plaintiff Elliot M. Hirsch is dismissing this action because it appears to the undersigned that based upon the order of Federal District Court Judge Freda L. Wolfson dated July 8, 2021, that the District Court of New Jersey is the proper venue for the adjudication of these claims against these Defendants.

Both Adina Miles and Yeshiva of Flatbush High School have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully Submitted,

Elliot M. Hirsch

Plaintiff Pro Se

7 Saxony Drive

Oakhurst, NJ 07755

917-750-0418

Elliothirschlaw@gmail.com

Hirsh
7 Saxony Dr
Oakhurst, NJ 07755

US District Court
Att: Pro Se Office
225 Cadman Plaza East
Brooklyn, NY 11201